## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ROBERT F. URBANO,
            Plaintiff,                    CIVIL ACTION
                                   DOCKET NO: 05CV11480MLW

        vs.

AQUA INVESTMENTS LLC
& IT'S PRINCIPALS,
            Defendants.

---

## OPPOSITION TO DEFENDANTS' MOTION
## TO STRIKE PLAINTIFF'S MOTION FOR A
## MORE DEFINITE STATEMENT

1.    On July 27, 2005 Defendants moved to strike Plaintiff's

motion for a more definite statement.

2.    Plaintiff's Reply to Defendants' Answer has been filed and

Plaintiff therefore withdraws his motion except for Par. 11

requesting this Court to strike all defenses that are insufficient,

redundant and/or immaterial.

_____ Dated 8/1/05
    Robert F. Urbano - Pro Se
    PO Box 164 Rockport MA 01966
    978-526-1519

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that on 8/1/05 a true copy of the within motion was served on Defendants Attorney Todd J. Bennett Esq. at 404 Main St Suite One, Wilmington MA 01887 by first-class mail postage prepaid.