August 11, 2005

Todd J. Bennett Esq.
404 Main St Suite One
Wilmington, Mass.

    Re: Urbano v. Aqua Investments LLC et als. 05CV11480MLW

Dear Sir:

Do you contend that our telephone conference on the morning of 7/19/05 complied with the requirements of FRCP Rule 26(f).

At your request I offered to settle for five thousand dollars or approximately the pecuniary amounts that I may be entitled to due to your client's non observance of State and Federal landlord/tenant law and regulation.

You abruptly refused the offer of settlement and I am not aware whether the offer was conveyed to your client?

You have not indicated whether you intend to comply with FRCP Rule 26(a)?

My intent is to file interrogatories pursuant to FRCP Rule 33 and I have no present intent to take advantage of any other discovery or deposition. Therefore, I do not envision a necessity to set forth any other procedure pursuant to FRCP Rule 26(f) if this complies with the determination of the Court?

                                        Robert F. Urbano - Pro Se
                                        PO Box 164 Rockport MA 01966
                                        978-526-1519

cc: US District Court MA