August 19, 2005

Civil Clerk
US District Court #2300
One Courthouse Way
Boston MA 02210

        Re: Urbano v. Aqua, 05SP01651

Dear Sir:

If necessary, please set down the enclosed Motion to Amend for hearing at the Court's convenience.

        Thank you,

Robert F. Urbano - Pro Se
PO Box 164 Rockport MA 01966
978-526-1519

cc: Todd J. Bennett Esq.
    file