UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT F. URBANO,
   Plaintiff,

           CASE NO: 05SP01651  05-11480

vs.

AQUA INVESTMENTS LLC  MOTION TO AMEND
et als.,  Defendants.  PLAINTIFF'S COMPLAINT

---

MOTION TO AMEND PLAINTIFF'S COMPLAINT

Plaintiff hereby moves this Court to amend his Complaint pursuant to MGL c. 93A in order to serve a demand letter. See Tarpey v. Crescent et als., 47 Mass. App. 380, 391-392 (1999) and attached demand letter.

        [signature] Dated 8/19/05
Robert F. Urbano - Pro Se
PO Box 164 Rockport MA 01966
978-526-1519

CERTIFICATE OF SERVICE

Plaintiff certifies that on 8/19/05 he served a true copy of the within Motion on Defendants' Attorney Todd J. Bennett Esq. 404 Main St Suite One, Wilmington MA 01887 by certified mail return receipt prepaid. [signature]

August 18, 2005

Todd J. Bennett Esq.
404 Main St Suite One
Wilmington, Mass.

        Re: Urbano v. Aqua Investments et als 05SP01651

This is a demand letter pursuant to MGL c. 93A sec. 9 whereby I make written demand for relief outlined in the Statute:

1. I rely on Tarpey v. Crescent et als., 47 Mass. App. 380, 391-392 (1999) in order to file a demand letter and amend the Complaint.

2. Defendants and the Court are referred to the Complaint delineating Defendants plenary violations of federal and state landlord/tenant laws and regulations.

3. Plaintiff will settle for ten thousand dollars ($10,000.00) reflecting the mandatory cash awards as well as other cash awards to Plaintiff that may be awarded by the Court. The settlement does not include compensatory and/or punitive damages possibly imposed by a jury. Plaintiff takes into consideration the possibility of multiple damages under 93A.

4. Chapter 93A gives you an opportunity to make a good-faith response to this demand letter within thirty (30) days. Your failure to so could subject you to triple damages and costs.

                                      Robert F. Urbano - Pro Se
                                      PO Box 164 Rockport MA 01966
                                      978=526=1519

cc: US District Court