SCANNED
DATE 8-24-05
BY: K Boyce

August 20, 2005

Civil Clerk
US Courthouse #2300
One Courthouse Way
Boston, MA 02210

          Re: Urbano v. Aqua 05CV11480MLW

Dear Sir:

Pursuant to Memorandum and Order Dated 8/18/05 I agree to transfer to Magistrate Judge Sorokin.

                          Respectfully,

                          Robert F. Urbano - Pro Se
                          PO Box 164 Rockport MA 01966
                          978-526-1519

cc: Todd J. Bennett Esq.
    file