August 25, 2005

Civil Clerk
US District Court
US Courthouse #2300
One Courthouse Way
Boston MA 02210

    Re: Urbano v. Aqua 05CV11480MLW

Dear Sir:

Please note change of mail address from PO Box 164 Rockport MA 01966 to 8 Flume Rd Apt 8, Gloucester MA 01930.

        Thank you,

        Robert F. Urbano - Pro Se
        8 Flume Rd Apt 8, Gloucester MA 01930
        978-526-1519

encl.

cc: T.J. Bennett Esq.