

Corrigan, Bennett & Belfort, PC
404 Main Street, Suite One, Wilmington, MA 01887
Tel: (978)988-1544 Fax: (978)988-1545 www.corbenbel.com

Cambridge Office: One Kendall Square, Building 300-2ⁿᵈ Floor, Cambridge, MA 02139
Tel: (617) 557-8800  Fax: (617) 577-8811

Brian T. Corrigan
Todd J. Bennett*
David E. Belfort**

*Also admitted in Florida
**Also admitted in D.C.

August 30, 2005

Civil Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE:    Urbano v. Aqua Investments, Inc. et al
       Docket No. 05 CV 11480 MLW

Dear Sir:

       Please be advised that the parties for the above-referenced case have agreed to the immediate commencement of discovery and that the discovery deadline shall be September 30, 2005. Initial disclosures will be submitted by September 12, 2005, and the parties will submit a joint memorandum within the next few weeks. Please kindly schedule a scheduling conference.

       Thank you.

                                        Respectfully yours,

                                        Todd Bennett

TJB:ljf

Cc:  Robert Urbano, Pro se