UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT F. URBANO,<br>    Plaintiff<br><br>v.<br><br>AQUA INVESTMENTS, LLC<br>And ITS PRINCIPALS,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>DOCKET NO. 05 CV 11480 ~~MLW~~ MJ LTS |

### DEFENDANT'S RULE 26 AUTOMATIC DISCLOSURE

The following represents the Defendant's automatic disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure and Local Rule 26.2.

  I. The following individuals witnessed and/or participated in the transaction or occurrence giving rise to the instant claims, or otherwise are believed to have discoverable information about the claim or defenses:

      A. Frank Pasciuto, Jr.: of 27 Water Street, Suite 106, Wakefield, Massachusetts. He is the manager of Defendant Aqua Investments, LLC. He will provide information with respect to conversations with Mr. Urbano as well as all defenses and counterclaims. He may be reached through the offices of Corrigan, Bennett & Belfort, P.C., 404 Main Street, Suite One, Wilmington, MA 01887 or at 27 Water Street, Wakefield, MA 01880.

      B. Robert F. Urbano: of 8 Flume Road, Unit 8, Magnolia, Massachusetts. The Plaintiff will testify about the conditions of the premises and the actions of the landlord.

      C. Laura Lampes: Property manager of 8 Flume Road, Magnolia, Massachusetts. She will testify about conversations she had with the Plaintiff regarding the rental of Unit 8, 8 Flume Road, Magnolia, Massachuestts, and the condition of the premises.

      D. Thomas Dowd: of North Shore Lead Paint Testing Service, P.O. Box 734,

   Beverly, Massachusetts. He is a certified and licensed Massachusetts lead paint inspector. He will testify about his inspection of Unit 8 and the common areas of 8 Flume Road, Magnolia, Massachusetts, on August 22, 2005, and that his inspection showed that the premises and the building were in compliance with the lead paint laws.

   E. George Martel: He will testify about how he inspected the telephone lines for Unit 8 of 8 Flume Road, Magnolia, Massachusetts, and that telephone service problems in the Unit were temporary problems from the telephone company, not any fault of Aqua Investments, LLC.

   F. Jonathan Glick: of Paragon Properties, Inc., 581 Boylston Street, #500, Boston, Massachusetts 02116. He was the property manager of premises located at 410 Sandy Bay Terrace, Sandy Bay Estates, Rockport, Massachusetts, which rented an apartment to the Plaintiff beginning on or about March 31, 2001. He will testify about the Plaintiff's prior tenancy and his pattern of conduct with regard to filing complaints against his landlord and Plaintiff's previous lead paint complaint against him, which is identical or substantially similar to the claim made in this case.

II. Copies of responsive documents in the Defendant's possession are attached hereto. Documents that are already in Plaintiff's possession have not been re-produced here. Enclosed are:

   A. Letter of Initial Lead Inspection Compliance (9/26/1994);
   B. Letter of Full Initial Lead Inspection Compliance (8/22/05).
   C. Letter from Robert Urbano to Aqua Investments, LLC, dated 5/30/05
   D. Letter from Robert Urbano to Aqua Investments, LLC, dated 6/22/05
   E. Letter from Robert Urbano to Aqua Investments, LLC, dated 7/4/05
   F. Letter from Robert Urbano to Aqua Investments, LLC, of unknown date regarding his disappointment with the rental of the premises.

III. The following is a list of documents that are in the Defendant's possession but are being withheld:

   A. Statements of the Defendant, Aqua Investments, LLC These documents, including notes prepared by the Defendant and its counsel were created in anticipation of litigation and are being withheld as attorney-client privilege and attorney work product.

   B. Research, Reports, and Memoranda Generated by Corrigan, Bennett & Belfort, P.C., Counsel to the Defendant

      These documents, including case law, internally produced memoranda and counsels' notes and reports were prepared in anticipation of litigation, are being withheld as attorney-client privilege and attorney work product.

IV. The Defendant has not yet determined who, if anyone, it will call to testify as an expert witness in this matter. However, this response will be seasonably supplemented and Plaintiff will be notified as soon as an expert has been selected.

Respectfully submitted,
Aqua Investments, LLC
By its attorney,

Dated: September 8, 2005

Todd J. Bennett
BBO# 643185
Corrigan, Bennett & Belfort, P.C.
404 Main Street
Wilmington, MA 01887
Tel.: (978) 988-1544

## CERTIFICATE OF SERVICE

I, Todd J. Bennett, hereby certify that I served a true copy of the foregoing *Defendant's Rule 26 Automatic Disclosure* via first-class mail this date upon the Plaintiff, pro se, at the following address:

Robert Urbano
8 Flume Road, Unit 8
Gloucester, MA 01930

_____          Dated: September ___6___, 2005
Todd J. Bennett

```
CONFIDENTIAL
LEAD PAINT TESTING
164 REVERE STREET
REVERE, MA  02151
289-2033   389-2033
           REG. # M1599
```

LETTER OF INITIAL LEAD INSPECTION COMPLIANCE

DATE: Sept 26 1994

Dear Mr Curley

This letter is to certify that I inspected your property located at 8 Flume rd., apartment no. 8, and relevant common areas, in the city or town of Magnolia for dangerous levels of lead according to 105 CMR 460.730(A) through (F): Procedures for Initial Inspection, Regulations for Lead Poisoning Prevention and Control, and determined that there were no violations. The inspection was conducted on Sept 26 1994.

Please be advised that Massachusetts law requires that only certain residential surfaces be free of lead paint. Thus, this letter does not mean that your property contains no lead paint. The premises or dwelling unit and relevant common areas shall remain in compliance only as long as there continues to be no peeling, chipping, or flaking lead paint or other accessible materials and as long as coverings forming an effective barrier over such paint and materials remain in place.

Sincerely,

_____  M1599
Inspector                  Registration No.

B

**NORTH SHORE LEAD PAINT**
**TESTING SERVICE**
**1-800-540-5323**

## LETTER OF FULL INITIAL LEAD INSPECTION COMPLIANCE

DATE: __8-22-05__

__Aqua Investments LLC__
__27 Water St__
__Wakefield MA 01880__

Dear __Aqua Investments LLC__

This letter is to certify that I inspected your property located at __8 Flume Rd__ apartment no. __8__, and relevant common areas, in the City or Town of __Gloucester__, for dangerous levels of lead according to 105 CMR 460.730 of the Regulations for Lead Poisoning Prevention and Control, and determined that there were no violations of the Lead Law. The inspection was conducted on __8-22-05__.

Please be advised that Massachusetts law requires that only certain residential surfaces be free of lead paint. Thus, this letter does not mean that your property contains no lead paint. The premises or dwelling unit and relevant common areas shall remain in compliance only as long as there continues to be no peeling, chipping, or flaking lead paint or other accessible materials and as long as coverings forming an effective barrier over such paint and materials remain in place. The regulations grant you a 30-day maintenance period to repair deteriorated lead paint or detached coverings over such paint, and to clean up, during which time this Letter remains valid. The initial inspection report indicates which surfaces, if any, contain a dangerous level of lead, as well as those surfaces, if any, that were covered upon initial inspection.

**ORIGINAL**

Sincerely,
_Thomas Dowd_
Inspector

__M1170__
DPH License Number

Should you have any questions about this letter, call the Department of Public Health at 1-800-532-9571.

Drive???? Letter of Initial Compliance.doc rev 1/00

# Lead Inspection / Risk Assessment Report

**NORTH SHORE LEAD PAINT TESTING SERVICE**
1-800-540-5323

Page 1 of 7

Method Used:
☒ Na₂S Exp. Date 9-10-05
☒ X-Ray Fluorescence
Model WCM Serial # 213

St# 8  Address: FLUME ROAD  Apt. 8
City: Gloucester (Magnolia)  Zip Code: 01930

Owner Name: Aqua Investments LLC
Owner Address: 27 Water St #106
Wakefield MA 01880

Client Name (if different from owner):
Client Address:

- Single Family
- Multi Family ✓
- # Units
- Condominium
- Day Care

| Key: | Inspection | | Deleading | | Other |
|---|---|---|---|---|---|
| A/M | Accessible/Mouthable | | CAP | Capped | |
| CAP | Capped | | COV | Covered | |
| COV | Covered | | DIP | Dipped | |
| INT | Intact | | ENC | Encapsulated | |
| L | Loose | | MI | Made Intact | |
| M/I | Moveable/Impacted | | PRE | Prepared | |
| MET | Metal | | REM | Removed | |
| NA | Not Accessible | | REP | Replaced | |
| NC | No Coating | | REV | Reversed | |
| NEG | Negative | | SCR | Scraped | |
| POS | Positive | | VR | Vinyl Replacement | |
| VR | Vinyl Replacement | | | | |

Y Comprehensive Inspection (Y/N)
Comments:

Floor # 2    C
[floor diagram with Kitchen, Bath, RM 1 labeled]
A (Street Side)

Floor # ___    C
[blank floor diagram]
A (Street Side)

Pb (lead) equal to or greater than 1.0 mg/cm² with x-ray fluorescence or positive with Na₂S is Dangerous.

INSP. DATE: 8-22-05
Lead Hazards? (Y or N): N
Inspector (print): Tom Dowd
Signature: Thomas Dowd
Lic.# M1170

R.A. DATE:
Urgent Lead Hazards? (Y or N):
Risk Assessor (print):
Signature:
Lic.#

# EXPLANATION OF LEAD INSPECTION / RISK ASSESSMENT REPORT FORM COLUMNS

This page provides general information needed to understand the lead inspection/risk assessment report. However, you should speak with the inspector/risk assessor before you start to do any work on your home.

**SIDE** — Refers to A, B, C, or D side of the building or room. See the diagram on the cover sheet. The "A" side of the building or room is the side facing the street that gives the property its address (usually, it is the front of the building). Keeping your back to this street, from the "A" side move clockwise to the "B" side on your left, the "C" side opposite you, and the "D" side to the right.

**LOCATION/ SURFACE** — Refers to the building component(s) being tested. Some surfaces may be made up of more than one part. For example, "Baseboard" may refer to four separate pieces of wood (one on each wall), but is still considered one surface.

**LEAD** — The actual lead result. Each surface tested must have a result recorded in the "Lead" column.
- A number shows that the surface was tested with an XRF analyzer. A number (or average number) equal to or greater than 1.0 mg/cm$^2$ is a dangerous level of lead.
- A "pos" or "neg" shows that the surface was tested with sodium sulfide. "Pos" means that there is a dangerous level of lead.
- "N/A" means that the inspector was not able to test the surface. Unless the owner can get a sample to test, the inspector must assume the surface contains lead and require it to be deleaded, if necessary.
- "Metal" means that a metal surface was not tested and only needs to be intact. However, metal handrails, metal window sills, and metal railing caps, need to be deleaded if they are equal to or greater than 1.0 mg/cm$^2$, "pos," or is "N/A."

**TYPE OF HAZARD** — Not all lead paint must be deleaded. This column tells you IF and WHY a surface needs deleading. The deleading standards below may not apply for Interim Controls. Speak to your risk assessor for more information.
- "M/I" circled means that the surface is a moveable/impacted surface and must be deleaded in its entirety.
- "A/M" circled means that the surface is "accessible mouthable" and must be deleaded to a minimum of five feet high, four inches in from the edge or corner.
- "L" circled means that the surface is loose and must, at minimum, be made intact.
- If more than one choice is circled, the rules for deleading may change depending upon what method of deleading you choose. Speak to the inspector for more information.
- "N/A" means the inspector was unable to determine if the surface was loose or intact. The person doing the deleading must check this surface and follow all the rules for deleading. Speak to the inspector for more information.
- If nothing is circled or marked "N/A" then it is likely the surface does not need deleading. Speak to the inspector for more information.

**URG HAZ?** — This column is only completed during a risk assessment. A risk assessment is an evaluation of a home's suitability for Interim Controls. Only a licensed risk assessor can do a risk assessment, not all inspectors are risk assessors. If "Y" is circled, then this surface is considered an "Urgent Lead Hazard" and some type of deleading work is required to qualify for Interim Control.

**IC DATE** — The date the licensed risk assessor determines the surface meets the standards for Interim Control.

**IC METH** — The deleading method or structural repair done to qualify the surface for Interim Control. Refer to the deleading codes key on the cover page.

**DELEAD DATE** — The date that the lead inspector or risk assessor reinspects the surface and finds that it has been successfully deleaded for full compliance.

**DELEAD METH** — The deleading method used to bring a surface into full compliance. Refer to deleading codes in the Key on the cover page of the inspection report.

**EXCLUDED SURFACES** — The amount of loose paint on a surface as measured by the lead inspector. "N/A" means that the inspector was not able to measure the loose paint, but has determined it is more than the cut-off for moderate risk making intact. Surfaces listed here can only be made intact by a licensed deleader. Note there are still other low and moderate-risk deleading activities, such as covering, that may be done by someone who is not a licensed deleader.

**SOIL TEST RESULTS** — This information is found on the exterior pages. If your property receives certain federal funding, soil testing may be required. There is also a space for the risk assessor to indicate amount of bare soil, laboratory results, method of remediation, and the date of remediation. Check with your funding agency for more information.

**LEAD INSPECTION / RISK ASSESSMENT HISTORY PAGE**  Page 3 of 7

Property Address: 8 Flume Rd   Apt#:   City: Gloucester (Magnolia)   Zip:

### INSPECTION ACTIVITY KEY

1. Re-Inspection
2. Re-Occupancy Re-Inspection
3. Work in Progress
4. Dust Taken
5. Dust Received
6. Soil Taken
7. Soil Received
8. Full Deleading Compliance
9. Post Compliance Assessment Determination
10. Maintained Compliance
11. Restored Compliance
12. Interim Control
13. Recertification of Interim Control
14. Post Compliance Assessment of Interim Control
15. Maintained Interim Control
16. Restored Interim Control
17 Initial Compliance

**EXAMPLE BOX**
- 1 = Inspection Activity Number
- P = Pass or Fail (P = Pass, F = Fail)

| Date | Activity | P/F | Inspector | Lic # |
|---|---|---|---|---|
| 8-22-05 | 17 | P | Tom Dowd | M1170 |
| 8-22-05 | 9 | P | Tom Dowd | M1170 |

**DATES** | **COMMENTS**
8-22-05 | Common Areas previously tested + PCAD Today

**Inspector (print):** Tom Dowd  **Lic #:** M1170  **Signature:** Thomas Dowd  **Date:** 8-22-05

**Risk Assessor (print):** _____  **Lic #:** _____  **Signature:** _____  **Date:** _____

**Address of Property:** 8 Flume Rd  **Apt #:** 8  **City:** Gloucester (Magnolia)

**ROOM:** LR 1

| SIDE | LOCATION SURFACE | LEAD | TYPE OF HAZARD | URG HAZ? | IC DATE | IC METH | DELEAD DATE | DELEAD METH | SIDE | LOCATION SURFACE | LEAD | TYPE OF HAZARD | URG HAZ? | IC DATE | IC METH | DELEAD DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A B C D | Up Walls | 0,0 | A/M L N/A | Y | | | | | | Window Sill | M/R | A/M L N/A | Y | | | |
| A B C D | Low Walls | / | A/M L N/A | Y | | | | | | Win Apron | | A/M L N/A | Y | | | |
| A B C D | Baseboards | 0,1 | A/M L N/A | Y | | | | | | Win Casing | | A/M L N/A | Y | | | |
| A B C D | Chair Rail | / | A/M L N/A | Y | | | | | | Header Stop | M/R | A/M L N/A | Y | | | |
| | Threshold | -0,1 | A/M L N/A | Y | | | | | | Int Stops | M/R | A/M L N/A | Y | | | |
| | Floor carpet | | A/M L N/A | Y | | | | | | Win Int Sash | M/R | A/M L N/A | Y | | | |
| | Ceiling | 0,0 | A/M L N/A | Y | | | | | | Exterior Sill | M/R | L N/A | Y | | | |
| D | Door | 0,0 | A/M L N/A | Y | | | | | | Parl Bead | M/R | L N/A | Y | | | |
| | Door Casing | 0,1 | A/M L N/A | Y | | | | | | Blind Stop | M/R | L N/A | Y | | | |
| | Door Jamb | 0,0 | A/M L N/A | Y | | | | | | Win Ext Sash | M/R | L N/A | Y | | | |
| | Threshold A/0M | | A/M L N/A | Y | | | | | | Window Sill | M/R | A/M L N/A | Y | | | |
| B | Door | 0,1 | A/M L N/A | Y | | | | | | Win Apron | | A/M L N/A | Y | | | |
| | Door Casing | 0,2 | A/M L N/A | Y | | | | | | Win Casing | | A/M L N/A | Y | | | |
| | Door Jamb | 0,1 | A/M L N/A | Y | | | | | | Header Stop | M/R | A/M L N/A | Y | | | |
| | Threshold carpet | | A/M L N/A | Y | | | | | | Int Stops | M/R | A/M L N/A | Y | | | |
| C | Door | 0,1 | A/M L N/A | Y | | | | | | Win Int Sash | M/R | A/M L N/A | Y | | | |
| | Door Casing | 0,2 | A/M L N/A | Y | | | | | | Exterior Sill | M/R | L N/A | Y | | | |
| | Door Jamb | 0,1 | A/M L N/A | Y | | | | | | Parl Bead | M/R | L N/A | Y | | | |
| | Threshold carpet | | A/M L N/A | Y | | | | | | Blind Stop | M/R | L N/A | Y | | | |
| C | Door | X | A/M L N/A | Y | | | | | | Win Ext Sash | M/R | L N/A | Y | | | |
| | Door Casing | 0,1 | A/M L N/A | Y | | | | | | Closet Door | 0,1 | A/M L N/A | Y | | | |
| | Door Jamb | 0,2 | A/M L N/A | Y | | | | | | Cl Casing | 0,2 | A/M L N/A | Y | | | |
| | Threshold carpet | | A/M L N/A | Y | | | | | | Closet Jamb | 0,1 | A/M L N/A | Y | | | |
| D | Window Sill | 0,0 | M/R A/M L N/A | Y | | | | | | Closet Walls | 0,0 | A/M L N/A | Y | | | |
| | Win Apron | 0,1 | A/M L N/A | Y | | | | | B | Cl Baseboard | 0,0 | A/M L N/A | Y | | | |
| | Win Casing | 0,1 | A/M L N/A | Y | | | | | | Closet Pole | 0,1 | A/M L N/A | Y | | | |
| | Header Stop | 0,1 | M/R A/M L N/A | Y | | | | | | Closet Shelf | 0,0 | A/M L N/A | Y | | | |
| | Int Stops | 0,0 | M/R A/M L N/A | Y | | | | | | Cl Supports | 0,1 | A/M L N/A | Y | | | |
| | Win Int Sash | V/R | A/M L N/A | Y | | | | | | Closet Floor carpet | | A/M L N/A | Y | | | |
| | Exterior Sill | V/R | M/R L N/A | Y | | | | | | Closet Ceiling | 0,0 | A/M L N/A | Y | | | |
| | Parl Bead | V/R | M/R L N/A | Y | | | | | | Fireplace | | A/M L N/A | Y | | | |
| | Blind Stop | V/R | M/R L N/A | Y | | | | | | Mantle | X | A/M L N/A | Y | | | |
| | Win Ext Sash | V/R | M/R L N/A | Y | | | | | | | | A/M L N/A | Y | | | |

**COMMENTS / STRUCTURAL DEFECTS:**

**EXCLUDED SURFACES:** Surfaces listed in these boxes can be made intact only by a licensed deleader.

| SIDE | LOCATION | MEASURE: LOOSE PAINT (MORE THAN 288 SQ. IN.) | IC DATE | IC METHOD | SIDE | LOCATION | MEASURE: LOOSE PAINT (MORE THAN 288 SQ. IN.) | IC DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| Inspector (print) | Lic # | Signature | Date | Page |
|---|---|---|---|---|
| Tom Dowd | M1170 | Thomas Dowd | 8-22-05 | 5 |

| Risk Assessor (print) | Lic # | Signature | Date | City |
|---|---|---|---|---|
| | | | | Gloucester (Magnolia) |

Address of Property: 8 Flume Rd   Apt # 8

ROOM: LR 1 continued

| SIDE | LOCATION/ SURFACE | LEAD | TYPE OF HAZARD | URG HAZ? | IC DATE | IC METH | DELEAD DATE | DELEAD METH | SIDE | LOCATION/ SURFACE | LEAD | TYPE OF HAZARD | URG HAZ? | IC DATE | IC METH | DELEAD DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A B C D | Up Walls | X | A/M L N/A | Y | | | | | | Window Sill | MT | A/M L N/A | Y | | | |
| A B C D | Low Walls | X | A/M L N/A | Y | | | | | | Win Apron | | A/M L N/A | Y | | | |
| A B C D | Baseboards | X | A/M L N/A | Y | | | | | | Win Casing | | A/M L N/A | Y | | | |
| A B C D | Chair Rail | X | A/M L N/A | Y | | | | | | Header Stop | MT | A/M L N/A | Y | | | |
| | Radiator | X | A/M L N/A | Y | | | | | | Int Stops | MT | A/M L N/A | Y | | | |
| | Floor | X | A/M L N/A | Y | | | | | | Win Int Sash | MT | A/M L N/A | Y | | | |
| | Ceiling | X | A/M L N/A | Y | | | | | | Exterior Sill | MT | L N/A | Y | | | |
| | Door | 0,1 | A/M L N/A | Y | | | | | | Part Bead | MT | L N/A | Y | | | |
| | Door Casing | 0,0 | A/M L N/A | Y | | | | | | Blind Stop | MT | L N/A | Y | | | |
| | Door Jamb | 0,1 | A/M L N/A | Y | | | | | | Win Ext Sash | MT | L N/A | Y | | | |
| B | Threshold | Carpet | A/M L N/A | Y | | | | | | Window Sill | MT | A/M L N/A | Y | | | |
| | Door | 0,1 | A/M L N/A | Y | | | | | | Win Apron | | A/M L N/A | Y | | | |
| | Door Casing | 0,0 | A/M L N/A | Y | | | | | | Win Casing | | A/M L N/A | Y | | | |
| B | Door Jamb | 0,1 | A/M L N/A | Y | | | | | | Header Stop | MT | A/M L N/A | Y | | | |
| | Threshold | Carpet | A/M L N/A | Y | | | | | | Int Stops | MT | A/M L N/A | Y | | | |
| | Door | | A/M L N/A | Y | | | | | | Win Int Sash | MT | A/M L N/A | Y | | | |
| | Door Casing | X | A/M L N/A | Y | | | | | | Exterior Sill | MT | L N/A | Y | | | |
| | Door Jamb | X | A/M L N/A | Y | | | | | | Part Bead | MT | L N/A | Y | | | |
| | Threshold | X | A/M L N/A | Y | | | | | | Blind Stop | MT | L N/A | Y | | | |
| | Door | | A/M L N/A | Y | | | | | | Win Ext Sash | MT | L N/A | Y | | | |
| | Door Casing | X | A/M L N/A | Y | | | | | | Closet Door | 0,1 | A/M L N/A | Y | | | |
| | Door Jamb | | A/M L N/A | Y | | | | | | Cl Casing | 0,0 | A/M L N/A | Y | | | |
| | Threshold | | A/M L N/A | Y | | | | | | Closet Jamb | 0,1 | A/M L N/A | Y | | | |
| | Window Sill | MT | A/M L N/A | Y | | | | | | Closet Walls | Carpet | A/M L N/A | Y | | | |
| | Win Apron | | A/M L N/A | Y | | | | | B | Cl Baseboard | X | A/M L N/A | Y | | | |
| | Win Casing | | A/M L N/A | Y | | | | | | Closet Pole | 0,1 | A/M L N/A | Y | | | |
| | Header Stop | MT | A/M L N/A | Y | | | | | | Closet Shelf | 0,1 | A/M L N/A | Y | | | |
| | Int Stops | MT | A/M L N/A | Y | | | | | | Cl Supports | 0,1 | A/M L N/A | Y | | | |
| | Win Int Sash | MT | A/M L N/A | Y | | | | | | Closet Floor | Carpet | A/M L N/A | Y | | | |
| | Exterior Sill | MT | L N/A | Y | | | | | | Closet Ceiling | X | A/M L N/A | Y | | | |
| | Part Bead | MT | L N/A | Y | | | | | | Fireplace | | A/M L N/A | Y | | | |
| | Blind Stop | MT | L N/A | Y | | | | | | Mantle | X | A/M L N/A | Y | | | |
| | Win Ext Sash | MT | L N/A | Y | | | | | | | MT | A/M L N/A | Y | | | |
| | | | | | | | | | | | MT | A/M L N/A | Y | | | |
| | | | | | | | | | | | MT | A/M L N/A | Y | | | |
| | | | | | | | | | | | MT | A/M L N/A | Y | | | |
| | | | | | | | | | | | MT | A/M L N/A | Y | | | |

COMMENTS / STRUCTURAL DEFECTS:

EXCLUDED SURFACES: Surfaces listed in these boxes can be made intact only by a licensed deleader.

| SIDE | LOCATION | MEASURE: LOOSE PAINT (MORE THAN 288 SQ. IN.) | IC DATE | IC METHOD | SIDE | LOCATION | MEASURE: LOOSE PAINT (MORE THAN 288 SQ. IN.) | IC DATE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

JAN-29-1996   00:14   P.08/09   Page 6 of 7

Inspector (print): Tom Dowd   Lic# R1170   Signature: Thomas Dowd   Date:
Risk Assessor (print):   Lic#   Signature:   Date: (Magnolia)
Address of Property: 8 Flume Rd   Apt # 8   City: Gloucester

## KITCHEN

| SIDE | LOCATION/SURFACE | LEAD | TYPE OF HAZARD | URG HAZ? | IC DATE | IC METH | DELEAD DATE | DELEAD METH | SIDE | LOCATION/SURFACE | LEAD | TYPE OF HAZARD | URG HAZ? | IC DATE | IC METH | DELEAD DATE | DELEAD METH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A B C D | Up Walls | 0.1 | A/M L N/A | Y | | | | | | Window Sill | | M/I A/M L N/A | Y | | | | |
| A B C D | Low Walls | / | A/M L N/A | Y | | | | | | Win Apron | | A/M L N/A | Y | | | | |
| A B C D | Baseboards | 0.2 | A/M L N/A | Y | | | | | | Win Casing | | A/M L N/A | Y | | | | |
| A B C D | Chair Rail | | A/M L N/A | Y | | | | | | Header Stop | ✓ | M/I A/M L N/A | Y | | | | |
| | Radiator | 0.0 | A/M L N/A | Y | | | | | | Int Stops | ✗ | M/I A/M L N/A | Y | | | | |
| | Floor | LN? | A/M L N/A | Y | | | | | | Win Int Sash | / | M/I A/M L N/A | Y | | | | |
| | Ceiling | 0.0 | A/M L N/A | Y | | | | | | Exterior Sill | | M/I A/M L N/A | Y | | | | |
| | Door | ✗ | A/M L N/A | Y | | | | | | Part Bead | | M/I A/M L N/A | Y | | | | |
| | Door Casing | 0.1 | A/M L N/A | Y | | | | | | Blind Stop | | M/I A/M L N/A | Y | | | | |
| A | Door Jamb | 0.0 | A/M L N/A | Y | | | | | | Win Ext Sash | | M/I A/M L N/A | Y | | | | |
| | Threshold | LN? | A/M L N/A | Y | | | | | | Closet Door | | A/M L N/A | Y | | | | |
| | Door | | A/M L N/A | Y | | | | | | Cl Casing | | A/M L N/A | Y | | | | |
| | Door Casing | ✗ | A/M L N/A | Y | | | | | | Closet Jamb | ✗ | A/M L N/A | Y | | | | |
| | Door Jamb | ✗ | A/M L N/A | Y | | | | | | Closet Walls | | A/M L N/A | Y | | | | |
| | Threshold | | A/M L N/A | Y | | | | | | Cl Baseboard | ✗ | A/M L N/A | Y | | | | |
| | Door | | A/M L N/A | Y | | | | | | Closet Pole | | A/M L N/A | Y | | | | |
| | Door Casing | ✗ | A/M L N/A | Y | | | | | | Closet Shelf | | A/M L N/A | Y | | | | |
| | Door Jamb | ✗ | A/M L N/A | Y | | | | | | Cl Supports | | A/M L N/A | Y | | | | |
| | Threshold | | A/M L N/A | Y | | | | | | Closet Floor | | A/M L N/A | Y | | | | |
| | Door | | A/M L N/A | Y | | | | | | Closet Ceiling | | A/M L N/A | Y | | | | |
| | Door Casing | ✗ | A/M L N/A | Y | | | | | | Up Cab Frame | 0.1 | A/M L N/A | Y | | | | |
| | Door Jamb | ✗ | A/M L N/A | Y | | | | | | Cab Door | 0.0 | A/M L N/A | Y | | | | |
| | Threshold | | A/M L N/A | Y | | | | | C | Up Cab Walls | 0.0 | A/M L N/A | Y | | | | |
| | Window Sill | | M/I A/M L N/A | Y | | | | | | Up Cab Shlvs | 0.1 | A/M L N/A | Y | | | | |
| | Win Apron | | A/M L N/A | Y | | | | | | Supports | 0.0 | A/M L N/A | Y | | | | |
| | Win Casing | | A/M L N/A | Y | | | | | | Low Cab Fram | 0.1 | A/M L N/A | Y | | | | |
| | Header Stop | ✓ | M/I A/M L N/A | Y | | | | | | Cab Door | 0.0 | A/M L N/A | Y | | | | |
| | Int Stops | ✗ | M/I A/M L N/A | Y | | | | | | Low Cab Walls | 0.0 | A/M L N/A | Y | | | | |
| | Win Int Sash | / | M/I A/M L N/A | Y | | | | | C | Low Cab Shlvs | 0.1 | A/M L N/A | Y | | | | |
| | Exterior Sill | | M/I L N/A | Y | | | | | | Supports | 0.1 | A/M L N/A | Y | | | | |
| | Part Bead | | M/I L N/A | Y | | | | | | Drawers | 0.0 | A/M L N/A | Y | | | | |
| | Blind Stop | | M/I L N/A | Y | | | | | | | | M/I A/M L N/A | Y | | | | |
| | Win Ext Sash | | M/I L N/A | Y | | | | | | | | M/I A/M L N/A | Y | | | | |
| | | | | | | | | | | | | M/I A/M L N/A | Y | | | | |
| | | | | | | | | | | | | M/I A/M L N/A | Y | | | | |
| | | | | | | | | | | | | M/I A/M L N/A | Y | | | | |
| | | | | | | | | | | | | M/I A/M L N/A | Y | | | | |

COMMENTS / STRUCTURAL DEFECTS:

**EXCLUDED SURFACES:** Surfaces listed in these boxes can be made intact only by a licensed deleader.

| SIDE | LOCATION | MEASURE: LOOSE PAINT (MORE THAN 288 SQ. IN.) | IC DATE | IC METHOD | SIDE | LOCATION | MEASURE: LOOSE PAINT (MORE THAN 288 SQ. IN.) | IC DATE | IC METH |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Tom Dowd

| Inspector (print) | Lic # | Signature | Date |
|---|---|---|---|
| Tom Dowd | R.1170 | Thomas Dowd | |

| Risk Assessor (print) | Lic# | Signature | Date |
|---|---|---|---|

| Address of Property | Apt # | City |
|---|---|---|
| 8 Flume Rd | 8 | Gloucester (Magnolia) |

## BATHROOM

| SIDE | LOCATION/ SURFACE | LEAD | TYPE OF HAZARD | URG HAZ? | IC DATE | IC METH | DELEAD DATE | DELEAD METH | SIDE | LOCATION/ SURFACE | LEAD | TYPE OF HAZARD | URG HAZ? | IC DATE | IC METH | DELEAD DATE | DELEAD METH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABCD | Up Walls | 0,0 | A/M L N/A | Y | | | | | | Low Cab Fram | | A/M L N/A | Y | | | | |
| ABCD | Low Walls | Tile | A/M L N/A | Y | | | | | | Low Cab Door | | A/M L N/A | Y | | | | |
| ABCD | Baseboards | Plastic | A/M L N/A | Y | | | | | | Low Cab Walls | | A/M L N/A | Y | | | | |
| ABCD | Chair Rail | Tile | A/M L N/A | Y | | | | | | Low Cab Shlvs | | A/M L N/A | Y | | | | |
| | Radiator | 0,0 | A/M L N/A | Y | | | | | | Supports | | A/M L N/A | Y | | | | |
| | Floor | LINO | A/M L N/A | Y | | | | | | Drawers | | A/M L N/A | Y | | | | |
| | Ceiling | 0,0 | A/M L N/A | Y | | | | | | Closet Door | 0,1 | A/M L N/A | Y | | | | |
| A | Door | 0,1 | A/M L N/A | Y | | | | | B | Closet Casing | 0,1 | A/M L N/A | Y | | | | |
| | Door Casing | 0,2 | A/M L N/A | Y | | | | | | Closet Jamb | 0,0 | A/M L N/A | Y | | | | |
| | Door Jamb | 0,1 | A/M L N/A | Y | | | | | | Closet Walls | 0,1 | A/M L N/A | Y | | | | |
| | Threshold | LINO | A/M L N/A | Y | | | | | | Cl Baseboard | | A/M L N/A | Y | | | | |
| | Door | | A/M L N/A | Y | | | | | | Closet Pole | | A/M L N/A | Y | | | | |
| | Door Casing | | A/M L N/A | Y | | | | | | Closet Shelf | 0,1 | A/M L N/A | Y | | | | |
| | Door Jamb | | A/M L N/A | Y | | | | | | Clos Supports | 0,0 | A/M L N/A | Y | | | | |
| | Threshold | | A/M L N/A | Y | | | | | | Closet Floor | LINO | A/M L N/A | Y | | | | |
| | Window Sill | 0,0 | M/I A/M L N/A | Y | | | | | | Closet Ceiling | 0,0 | A/M L N/A | Y | | | | |
| | Win Apron | 0,1 | A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |
| | Win Casing | 0,1 | A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |
| | Header Stop | 0,0 | M/I A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |
| | Int Stops | 0,1 | M/I A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |
| | Win Int Sash | VR | M/I A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |
| D | Exterior Sill | VR | M/I A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |
| | Parl Bead | VR | M/I A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |
| | Blind Stop | VR | M/I A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |
| | Win Ext Sash | VR | M/I A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |
| | Up Cab Frame | | A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |
| | Up Cab Door | | A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |
| | Up Cab Walls | | A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |
| | Up Cab Shlvs | | A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |
| | Supports | | A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |
| | | | M/I A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |
| | | | M/I A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |
| | | | M/I A/M L N/A | Y | | | | | | | | M/I A/M L NA | Y | | | | |

COMMENTS / STRUCTURAL DEFECTS:

COMMENTS / STRUCTURAL DEFECTS:

**EXCLUDED SURFACES:** Surfaces listed in these boxes can be made intact only by a licensed deleader.

| SIDE | LOCATION | MEASURE: LOOSE PAINT (MORE THAN 288 SQ. IN.) | IC DATE | IC METHOD | SIDE | LOCATION | MEASURE: LOOSE PAINT (MORE THAN 288 SQ. IN.) | IC DATE | IC METHOD |
|---|---|---|---|---|---|---|---|---|---|

JAN-29-1996  00:12                                                                P.02/09

# TOM DOWD

DBA

## North Shore Lead Paint Testing Service

P.O. BOX 734 • BEVERLY, MASSACHUSETTS 01915

**(978) 744-9321**

OWNER _Aqua Investments LLC,_     DATE _8-22-05_
_8 Flume Road_
_(Magnolia) Gloucester_

TELEPHONE _____

**TYPE OF PROPERTY INSPECTIED:**                                   COST

_____ Single Family Dwelling

_____ 2-Family Dwelling

_____ 3-Family Dwelling

__✓__ Complex

_____ Condominium/Townhouse

_____ Other

**TOTAL DUE**

*A copy of this document is on file at NSLPTS.*

May 30, 2005


Aqua Investments LLC
Wakefield Mass.

Att: Frank Pashuto

Dear Frank,

Due to the your failure to comply with legal terms for renting my apartment, I am faced with moving expense. My expense for moving in was $210 and due to the circumstances I expect reimbursement from you. You should also reconsider my request for defraying one month's rent of $675?

                                                Sincerely,

                                                Bob
                                                Robert F. Urbano
                                                PO Box 164 Rockport MA 01966


Cc: file

June 22, 2005

Aqua Investments LLC
27 Water St
Wakefield Mass.

Att: Frank Pashuto

Frank,

I left a message with Laura Lampas on Monday but no reply.

I am unable to get into my mailbox since there is something wrong with the lock and I have left the key taped to the box.

This requires immediate attention or contacting Public Health.

                              Sincerely

                              Robert F. Urbano
                              Unit 8 at 8 Flume Rd
                              Gloucester MA 01930

cc: file

E

July 4, 2005

Aqua Investments LLC
27 Water Street
Wakefield MA 01880

Dear Sirs:

Apt 8 at 8 Flume Road in Gloucester MA 01930:

The refrigerator is running continuously no matter how low the settings.

This can be attended to in court where it will be your expense or you can attend to it and other problems immediately.

Most Sincerely,

Robert F. Urbano

Frank Pashuto
Aqua Investments

Dear Frank,

I am disappointed with the rental of 8 Flume Rd, Magnolia unit 8 since it was presented to me as ready to move in; it was and is not.

You are aware that I had no telephone for 3 weeks, no water in the kitchen, trouble with the electric and at first no telephone jack for my computers. I still do not have a TV Jack and an outlet painted over and non-functional. The thermostat does not function properly and must be turned on completely for heat. You were made aware of these problems.

Further, I find that the air-conditioner does not have a near outlet to plug into. I am not fond of extension cords particularly for an air-conditioner which practice can lead to a fire. Further the outlets anywhere near I need for other functions. I do not know what other problems might arise.

When I have a rental, the first thing I do is to check out the property to determine if it is ready for occupancy. Even the telephone can be checked to determine if there is a dial tone and certainly turning on the water is simple. This preview practice can save lots of headaches; I suggest adopting it before you get into a really difficult situation.

In sum, my contention is that you forgive the first month's rent in view of the partial use of the apartment and the aggravation and stress I endured and possible loss of business due to lack of a phone. My real estate customers frequently call me at home.

Otherwise, I am giving you thirty-days notice and using the last-month rent for June.

I suspect that you have an attorney advising you on properly following rental law? In any event, you have violated all of the housing laws. I cannot give you legal advice but I can show you the forms and law that must be followed. By ignoring the law, you are leaving yourself liable for perhaps hundreds of thousands or more in law suits and fines for every single infraction of housing law. Ignorance is not a defense.

If you wish to make an appointment, call me at 978-526-1519 or 978-283-4300. My charge is $250 for consultation.

                                      Sincerely,

                                      Robert F. Urbano

cc: file