Oct 18, 2005

Civil Clerk Sorokin
US Courthouse #2300
One Courthouse Way
Boston MA 02210

Re: Urbano vs. Aqua CA# 05-11480-LTS

Dear Sir:

I have suffered a heart attack (Physician Jay Isaac 978-281-1550) and am in Rehabilitation. Due to several moves and my condition did not receive enclosed until 10/17/05.

I can only endorse my acceptance on the order. Called and left several messages but unable to reach anyone.

My mail address is presently
c/o Graycliff
272 Washington St
Gloucester MA 01930
978-281-1839

Please change.

Thank you
Robert Urbano
Robert F. Urbano