UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT F. URBANO,            )
    Plaintiff,              )
                             )
    v.                      )     C.A. No. 05-11480-LTS
                             )
AQUA INVESTMENTS, LLC and ITS )
PRINCIPALS,                  )
    Defendants.             )

MEMORANDUM AND ORDER

By Order dated October 11, 2005, the Court directed plaintiff Urbano to advise the Court whether he will accept representation by pro bono counsel, and if so, to file an Application to Proceed Without Prepayment of Fees ("application").

On October 19, 2005, one day past the Court imposed deadline, plaintiff Urbano filed an application to proceed without prepayment of fees accompanied by a letter indicating his willingness to accept pro bono counsel. See Docket No. 24 (letter); No. 25 (application). Among other things, Mr. Urbano's letter notifies the Court that he recently suffered a heart attack and is in rehabilitation at a new address.

Plaintiff's application indicates that his sole source of income is monthly social security benefits in the amount of $694. He is not employed and owns no property. On this record, the court allows the application and directs the Court's pro bono coordinator to appoint counsel from this Court's pro bono panel of attorneys.

<u>ORDER</u>

For the reasons stated above, plaintiff Urbano's Application to Proceed Without Prepayment of Fees (Docket No. 25) is ALLOWED. The clerk shall update plaintiff's address on the docket and then forward the case file to the Court's Pro Bono Coordinator for appointment of pro bono counsel.

SO ORDERED.

| | |
|---|---|
| <u>November 2, 2005</u> | <u>/s/ Leo T. Sorokin</u> |
| DATE | LEO T. SOROKIN |
| | UNITED STATES MAGISTRATE JUDGE |