UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT F. URBANO,
    Plaintiff,

v.                                Civil Action No. 05-11480-LTS

AQUA INVESTMENTS, LLC
AND IT S PRINCIPALS,
    Defendant.


ORDER FOR APPOINTMENT OF PRO BONO COUNSEL

    This matter is before the Court for the appointment of counsel to serve pro bono.

    There being sufficient cause to exercise the discretionary power of the Court to appoint counsel, it is ORDERED that **Foley Hoag LLP*** is appointed to represent Robert Urbano under the provisions of the United States District Court Plan for the Appointment of Counsel For Indigent Parties in Civil Cases, unless this appointment is declined by written notice (copy to pro bono coordinator) within twenty-one (21) days from the date of this Order. Once this order takes effect, appointed counsel or his or her designated associate(s) shall serve until the litigation is terminated or the Court enters an order revoking said appointment.

    This appointment is limited solely to those matters at issue in this case. Counsel is not being appointed to represent Robert Urbano generally or in any other proceeding.


                                                       HON. LEO T. SOROKIN
                                                       United States District Court


Date: 11/11/05                                          By: /s/ Barbara Morse
                                                              Barbara Morse, Esq.
                                                               Pro Bono Coordinator


*Contact: Adam M. Weisberger, Esq.