# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

ROBERT F. URBANO,

                Plaintiff,

    v.

AQUA INVESTMENTS, LLC,
and ITS PRINCIPALS,

                Defendants.

CIVIL ACTION DOCKET
No. 05-CV-11480-LTS

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for plaintiff Robert F. Urbano.

Respectfully submitted,

/s/ Adam Weisberger
Adam Weisberger (BBO# 646844)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
tel (617) 832-1000
fax (617) 832-7000
aweisberger@foleyhoag.com

Dated: November 14, 2005