UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT F. URBANO,  )<br>　　Plaintiff　　　　　)<br>　　　　　　　　　　　)<br>v.　　　　　　　　　　)<br>　　　　　　　　　　　)<br>AQUA INVESTMENTS, LLC  )<br>and ITS PRINCIPALS,　　)<br>　　Defendants　　　　)<br>　　　　　　　　　　　) | CIVIL ACTION<br>DOCKET NO. 05 CV 11480 MLW |

**ASSENTED TO MOTION TO CONTINUE
RULE 16.1 CONFERENCE AND ALL
PENDING MOTION HEARINGS**

　　Now comes Aqua Investments, LLC, Defendant in the above-entitled action, and moves this Honorable Court to continue the Rule 16.1 Conference now scheduled for December 5, 2005, and hearings on all pending motions to **December 9, 2005 at 11:00 a.m**. As grounds therefore, Defendant states that its counsel has a scheduling conflict on December 5, 2005. Plaintiff's counsel assents to this motion.

　　WHEREFORE, Defendant respectfully requests this Honorable Court to continue the Rule 16.1 Conference and hearings on all pending motions to December 9, 2005 at 11:00 a.m.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　____s/ Todd Bennett
　　　　　　　　　　　　　　　　　　　　　　Todd J. Bennett, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Aqua Investments. LLC
　　　　　　　　　　　　　　　　　　　　　　Corrigan, Bennett & Belfort, P.C.
　　　　　　　　　　　　　　　　　　　　　　404 Main Street, Suite 1
　　　　　　　　　　　　　　　　　　　　　　Wilmington, MA 01887
　　　　　　　　　　　　　　　　　　　　　　(978) 988-1544
　　　　　　　　　　　　　　　　　　　　　　BBO# 643185
　　　　　　　　　　　　　　　　　　　　　　tbennett@corbenbel.com

Dated: November  23 , 2005

Assented to: _____s/ Adam Weisberger____
　　　　　　　Adam Weisberger, Esq.