UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT F. URBANO,<br>    Plaintiff<br><br>v.<br><br>AQUA INVESTMENTS, LLC<br>and ITS PRINCIPALS,<br>    Defendants | CIVIL ACTION<br>DOCKET NO. 05 CV 11480 MLW |

## ASSENTED TO MOTION TO CONTINUE RULE 16.1 CONFERENCE AND ALL PENDING MOTION HEARINGS

Now comes Aqua Investments, LLC, Defendant in the above-entitled action, and moves this Honorable Court to continue the Rule 16.1 Conference now scheduled for December 5, 2005, and hearings on all pending motions to **December 9, 2005 at 11:00 a.m.** As grounds therefore, Defendant states that its counsel has a scheduling conflict on December 5, 2005. Plaintiff's counsel assents to this motion.

WHEREFORE, Defendant respectfully requests this Honorable Court to continue the Rule 16.1 Conference and hearings on all pending motions to December 9, 2005 at 11:00 a.m.

Respectfully submitted,

Todd J. Bennett, Esq.
Attorney for Aqua Investments. LLC
Corrigan, Bennett & Belfort, P.C.
404 Main Street, Suite 1
Wilmington, MA 01887
(978) 988-1544
BBO# 643185
tbennett@corbenbel.com

Dated: November 21, 2005

Assented to: _Adam Weisberger by TJB_
Adam Weisberger, Esq.
w/permission

## Certificate of Service

I hereby certify that a true copy of the above document has been served this date by U.S. mail on this 21 day of November, 2005, upon the following party:

Adam Weisberger, Esq., Foley Hoag, LLP, 155 Seaport Boulevard, Boston, MA 02210.

_____
Todd Bennett