**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **ROBERT F. URBANO,** ) | |
|     Plaintiff      ) | **CIVIL ACTION** |
| ) | **DOCKET NO. 05 CV 11480 LTS** |
| **v.**    ) | |
| ) | |
| **AQUA INVESTMENTS, LLC** ) | |
| **and ITS PRINCIPALS,** ) | |
|     **Defendants**    ) | |
| ) | |

## ASSENTED TO MOTION TO CHANGE CASE CAPTION

Comes now the Defendant and the Plaintiff who moves this Honorable Court to eliminate from the caption for the above-referenced case the words "and its principals" from the name of the Defendant. As grounds therefore, the parties agree that Aqua Investments, LLC is currently the only Defendant. The Plaintiff assents to this motion.

                                                              Respectfully submitted,

                                                              By Defendant's attorney,

                                                             /s/ Todd J. Bennett
                                                      Todd J. Bennett, Esq. BBO# 643185
                                                      CORRIGAN, BENNETT & BELFORT, PC
                                                      404 Main Street, Suite 1
                                                      Wilmington, MA 01887
                                                      (978) 988-1544
                                                      tbennett@corbenbel.com

Assented to:

  /s/ Adam Weisberger
Attorney for Plaintiff

Date: December 1, 2005