# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT F. URBANO,**<br><br>    Plaintiff,<br><br>v.<br><br>**AQUA INVESTMENTS, LLC,**<br><br>    Defendant. | **CIVIL ACTION DOCKET**<br>No. 05-CV-11480 LTS |

## ASSENTED TO MOTION FOR ADMISSION *PRO HAC VICE*

  Now comes Adam Weisberger, Esquire of Foley Hoag LLP, a member in good standing of the Bar of the United States District Court for the District of Massachusetts, and moves this Court, pursuant to Local Rule 83.5.3(b), for an Order admitting Katherine B. Schmeckpeper, Esquire of Boston, Massachusetts to practice before this Court *pro hac vice* on behalf of Plaintiff Robert F. Urbano, in the above-captioned matter. In support of this petition, Adam Weisberger states as follows:

  1. Katherine B. Schmeckpeper, Esquire is a member in good standing of the bar of the Commonwealth of Massachusetts;

  2. This motion is based on the Affidavit of Katherine B. Schmeckpeper attached hereto and incorporated herein by reference;

  3. Counsel for Defendant Aqua Investments LLC has indicated that it assents to this motion.

  WHEREFORE, Plaintiff Robert F. Urbano prays that this Honorable Court grant said motion to permit Katherine B. Schmeckpeper to appear *pro hac vice*.

B3128125.1

        Respectfully submitted,

        ROBERT F. URBANO,

        By his attorneys,

        /s/ Adam Weisberger
        Adam Weisberger (BBO# 646844)
        FOLEY HOAG LLP
        Seaport World Trade Center West
        155 Seaport Boulevard
        Boston, MA 02210-2600
        tel (617) 832-1000
        fax (617) 832-7000
        aweisberger@foleyhoag.com

Dated: December 5, 2005

Assented to: /s/ Todd Bennett
        Todd Bennett (BBO# 643185)
        Corrigan, Bennett & Belfort, P.C.
        404 Main Street, Suite One
        Wilmington, MA 01887
        tel: (978) 988-1544
        fax: (978) 988-1545
        tbennett@corbenbel.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT F. URBANO,**<br><br>Plaintiff,<br><br>v.<br><br>**AQUA INVESTMENTS, LLC,**<br><br>Defendant. | CIVIL ACTION DOCKET<br>No. 05-CV-11480 LTS |

**AFFIDAVIT OF KATHERINE B. SCHMECKPEPER, ESQUIRE**

I, Katherine B. Schmeckpeper, Esquire, declare as follows:

1.     I am and have been a member in good standing of the Bar of Massachusetts since December 2, 2005. I received my J.D. from Northeastern University School of Law in May 2005.

2.     I am an associate in the firm of Foley Hoag LLP, Seaport World Trade Center West, 155 Seaport Blvd., Boston, Massachusetts, 02210.

3.     As I was only recently admitted to the Bar of Massachusetts, I have not yet been able to apply for admission to the Bar of the United States District Court for the District of Massachusetts. I intend to request a Certificate of Good Standing from the Massachusetts Supreme Judicial Court as soon as possible. Once I have received the certification, I will submit my application for admission to the Bar of the United States District Court for the District of Massachusetts.

4.     I will submit a certificate of good standing to this Court, as required by Local Rule 83.5.3(b), as soon as I am able to obtain one from the Massachusetts Supreme Judicial Court.

B3128144.1

- 2 -

5. No disciplinary proceedings or criminal proceedings have ever been instituted against me.

6. I promise to uphold the high standards of the Bar in this case.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 5th DAY OF DECEMBER, 2005.

                                                    /s/ Katherine B. Schmeckpeper  
                                                  Katherine B. Schmeckpeper, Esquire