UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT F. URBANO,**<br><br>          Plaintiff,<br><br>    v.<br><br>**AQUA INVESTMENTS, LLC,<br>and ITS PRINCIPALS,**<br><br>          Defendants. | CIVIL ACTION DOCKET<br>No. 05-CV-11480 LTS |

## ASSENTED TO MOTION TO CONTINUE RULE 16.3 SETTLEMENT CONFERENCE

Now comes Robert F. Urbano, Plaintiff in the above-entitled action, and moves this Honorable Court to continue the Rule 16.3 Settlement Conference currently scheduled for **January 5, 2006 at 3:00 p.m.** to **January 24, 2006 at 11:00 a.m.** As grounds therefore, Plaintiff states that the parties have agreed upon settlement terms and are in the process of drawing up and executing a settlement agreement. Defendant's counsel assents to this motion.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to continue the Rule 16.3 Settlement Conference to January 24, 2006 at 11 a.m.

                                            ROBERT F. URBANO,

                                            By his attorneys,

                                             /s/ Katherine B. Schmeckpeper
                                            Adam Weisberger (BBO# 646844)
                                            Katherine B. Schmeckpeper (BBO# pending)
                                            FOLEY HOAG LLP
                                            Seaport World Trade Center West
                                            155 Seaport Boulevard
                                            Boston, MA 02210-2600
                                            tel (617) 832-1000
                                            fax (617) 832-7000

B3142974.1

- 2 -

aweisberger@foleyhoag.com  
kschmeckpeper@foleyhoag.com

Dated:  January 4, 2006

Assented to:  /s/ Todd Bennett
               Todd Bennett (BBO# 643185)
               Corrigan, Bennett & Belfort, P.C.
               404 Main Street, Suite One
               Wilmington, MA 01887
               tel: (978) 988-1544
               fax: (978) 988-1545
               tbennett@corbenbel.com