UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT F. URBANO,**<br><br>           Plaintiff,<br><br>     v.<br><br>**AQUA INVESTMENTS, LLC,<br>and ITS PRINCIPALS,**<br><br>           Defendants. | CIVIL ACTION DOCKET<br>No. 05-CV-11480 LTS |

### ASSENTED TO MOTION TO CONTINUE RULE 16.3 SETTLEMENT CONFERENCE

Now comes Robert F. Urbano, Plaintiff in the above-entitled action, and moves this Honorable Court to continue the Rule 16.3 Settlement Conference currently scheduled for **January 24, 2006 at 11:00 a.m.** to **February 3, 2006 at 11 a.m.** As grounds therefore, Plaintiff states that the parties have agreed upon settlement terms and have drawn up settlement papers, which the parties are in the process of executing. Defendant's counsel assents to this motion.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to continue the Rule 16.3 Settlement Conference to February 3, 2006 at 11 a.m.

                                        ROBERT F. URBANO,

                                        By his attorneys,


                                          /s/ Katherine B. Schmeckpeper
                                        Adam Weisberger (BBO# 646844)
                                        Katherine B. Schmeckpeper (BBO# 663200)
                                        FOLEY HOAG LLP
                                        Seaport World Trade Center West
                                        155 Seaport Boulevard
                                        Boston, MA 02210-2600
                                        tel (617) 832-1000
                                        fax (617) 832-7000

B3151510.1

aweisberger@foleyhoag.com
kschmeckpeper@foleyhoag.com

Dated: January 24, 2006

Assented to: _/s/ Todd Bennett_____
           Todd Bennett (BBO# 643185)
           Corrigan, Bennett & Belfort, P.C.
           404 Main Street, Suite One
           Wilmington, MA 01887
           tel: (978) 988-1544
           fax: (978) 988-1545
           tbennett@corbenbel.com