### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT F. URBANO,**<br><br>**Plaintiff,**<br><br>v.<br><br>**AQUA INVESTMENTS, LLC,**<br>**and ITS PRINCIPALS,**<br><br>**Defendants.** | **CIVIL ACTION DOCKET**<br>**No. 05-CV-11480 LTS** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby stipulate to dismiss the above-captioned action, including all claims and counterclaims pled therein, with prejudice, without costs and with all rights of appeal waived.


| | |
|---|---|
| ROBERT F. URBANO, | AQUA INVESTMENTS, LLC, |
| By his attorneys, | By its attorney, |
| /s/ Katherine B. Schmeckpeper | /s/ Todd Bennett |
| Adam Weisberger (BBO# 646844) | Todd Bennett (BBO# 643185) |
| Katherine B. Schmeckpeper (BBO# 663200) | Corrigan, Bennett, & Belfort, PC |
| FOLEY HOAG LLP | 404 Main Street, Suite One |
| Seaport World Trade Center West | Wilmington, MA 01887 |
| 155 Seaport Boulevard | tel (978) 988-1544 |
| Boston, MA 02210-2600 | fax (978) 988-1545 |
| tel (617) 832-1000 | tbennett@corbenbel.com |
| fax (617) 832-7000 | |
| aweisberger@foleyhoag.com | |
| kschmeckpeper@foleyhoag.com | |

Dated: February 2, 2006

B3152288.1